IN THE SUPREME COURT OF THE STATE OF NEVADA

LONG NGOC TU,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80583

FILED

MAR 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

In this original pro se petition for a writ of habeas corpus, petitioner appears to challenge the fairness of the proceedings below, his arrest, and his defense attorney's performance in his case.

Petitioner has failed to demonstrate that writ relief is appropriate in this instance because the claims he raises involve issues of fact, and thus petitioner must seek relief in the district court in the first instance. NRAP 22; *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981). Further, to the extent that

20-08771

petitioner has counsel, he must proceed by and through his counsel of record. Accordingly, we

ORDER the petition DENIED.[1]

_____ Pickering , C.J.
Pickering

_____ , J.
Hardesty

_____ Cadish , J.
Cadish

cc: Long Ngoc Tu
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

_____

[1]In light of this order, we take no action on the document entitled petitioner's double jeopardy and the violations of my constitutional right, filed in this court on March 2, 2020.